IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BART BURTON )
 )
v. ) NO. 1-10-0109
 ) JUDGE CAMPBELL
JOSH TAYLOR, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 114), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant Luna's Motion for Summary Judgment (Docket No. 53) is GRANTED, and Plaintiff's claims against Defendant Luna are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE