IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BART BURTON )
)
v. ) NO. 1-10-0109
) JUDGE CAMPBELL
JOSH TAYLOR, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 122), to which no Objections have been filed.[1] The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, Defendant Taylor's Motion for Summary Judgment (Docket No. 83) is GRANTED, and Plaintiff's claims against Defendant Taylor are DISMISSED.

In addition, the Court adopts and approves the prior Report and Recommendation of the Magistrate Judge (Docket No. 88) to the extent that the Motion for Summary Judgment of Defendant Oliver (Docket No. 53) is GRANTED, and Plaintiff's claims against Defendant Oliver are DISMISSED. All claims having been dismissed, the Clerk is directed to close the file. Any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Taylor's Motion for Relief (Docket No. 131) is DENIED as moot, since the Court's Order referenced therein (Docket No. 125) dealt with another Report and Recommendation (Docket No. 114), not the one now before the Court.