IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BART BURTON )
)
v. ) NO. 1-10-0109
) JUDGE CAMPBELL
JOSH TAYLOR, et al. )

ORDER

Plaintiff has filed a document titled "Plaintiff's Opposition to Report and Recommendation" (Docket No. 136), objecting to the Magistrate Judge's Report and Recommendation (Docket No. 122), which was adopted and approved by this Court on March 30, 2012 (Docket No. 132).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. Nothing in Plaintiff's Objections changes the result. Therefore, the Objections of the Plaintiff are overruled, and the Court's prior Order (Docket No. 132) stands.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE